**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 31, 2013.**

In The

# Fourteenth Court of Appeals

### NO. 14-13-00603-CV

## NESTOR GOYTIA AS NEXT FRIEND FOR A.A..P, A CHILD, Appellant

## V.

## VERONICA PAREDES AND ANGEL PAREDES, Appellee

**On Appeal from the 246th District Court
Harris County, Texas
Trial Court Cause No. 2012-49302**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 26, 2013. On October 18, 2013, appellant filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Brown.